## Second District.

Oscar Ennenga, appellant, v. James Chilton, a minor, by Freda Chilton, his next friend, appellee. Gen. No. 8,273.

Opinion filed February 17, 1931. Rehearing denied February 5, 1932.

R. R. Tiffany, for appellant. L. A. Jayne, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

A. J. Ashley, defendant in error, v. The Farmers' Pioneer Mutual Fire & Lightning Insurance Company, plaintiff in error. Gen. No. 8,242.

Opinion filed March 5, 1931. Rehearing denied February 5, 1932.

Chas. D. Henry, Jr. and Edward F. Braden, for plaintiff in error. John W. Thomson, Free P. Morris and Roscoe C. South, for defendant in error.

Mr. Justice Jones delivered the opinion of the court.

Sophia Munson, appellee, v. City of Ottawa, appellant. Gen. No. 8,269.

Opinion filed April 9, 1931. Rehearing denied December 17, 1931.

Thomas E. White, City Attorney, for appellant; C. B. Chapman, of counsel. George V. B. Weeks and John H. Armstrong, for appellee; George V. B. Weeks, of counsel.

Mr. Justice Jones delivered the opinion of the court.

Roanoke State Bank of Roanoke, Illinois, appellee, v. David C. Belsley, appellant. Gen. No. 8,302.

Opinion filed June 18, 1931.

Quinn, Quinn & O'Hern and Arthur C. Fort, for appellant; Emerson T. Anthony, of counsel. Ridgely & Ridgely and Todd, Morgan, Pendarvis & Arber, for appellee; Chester L. Anderson, of counsel.

Mr. Justice Jett delivered the opinion of the court.